473 A.2d 659

Commonwealth v. Mills, Appellant.

Submitted January 3, 1984. Patrick G. Murphy, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence affirmed.